**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | ) |
| | ) **Cause No. 4:26MC01144 SRC** |
| **THOMAS GORDON MAAG,** | ) |
| **Respondent.** | ) |

**Order to Show Cause**

A copy of the Report and Recommendation of the Review Board and Miscellaneous Record Announcements of the Supreme Court of Illinois demonstrating the imposition of discipline upon Thomas Gordon Maag have been filed with this Court [ECF No. 1]. The records reflect the suspension of Respondent from the practice of law for two (2) years and until further order of the Supreme Court of Illinois, as recommended by the Review Board. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement,

Thomas Gordon Maag must show cause in writing within thirty (30) days after receipt of this Order why the same discipline ordered by the Supreme Court of the State of Illinois should not be imposed by this Court for one or more of the reasons set forth in Local Rule 12.02 and the Rules of Disciplinary Enforcement.

A copy of this Order shall be sent to Respondent by mail at Maag Law Firm, 22 W. Lorena Avenue, Wood River, IL 62095.

So ordered this 27th day of October 2026.

Stephen R. Clark
Chief United States District Judge